United States District Court
Southern District of Texas
FILED
SEP 26 2017
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY CHAVEZ, Petitioner | § | |
| vs. | § | CIVIL ACTION NO. 4:16-CV-1349 |
| LORIE DAVIS, Respondent | § | |

## VERIFIED MOTION FOR APPOINTMENT OF COUNSEL

Comes now HENRY CHAVEZ ("Chavez"), Petitioner, pro se, and respectfully moves the Court to enter an order appointing an attorney to represent Chavez during the upcoming status conference and other proceedings before the Court. In Support of this motion, Chavez shows as follows:

### FACTS

1. On May 26, 2003 Chavez was convicted and sentenced to a term of 50 years in prison in the 182nd District Court of Harris County, Texas.
2. Chavez has been in the custody of the State since his arrest, and remains now in custody for over 15 years wherein he is not permitted to secure employment or receive wages therefrom.
3. Chavez is indigent as that term is commonly defined, and is unable to retain counsel.

### ARGUMENT

Chavez asserts he is not familiar with any of the Rules of Evidence, Rules Governing Section 2254 Cases, or Local Rules of the Court which knowledge would be necessary during the upcoming status conference and subsequent proceedings.

Throughout both State and Federal habeas proceedings, Chavez has relied on the aide and assistance of fellow prisoners to draft and file pleadings.

Chavez has abolutely no knowledge, training, or experience in the law. Should any point or question of law be raised at the status conference, or subsequent proceedings, Chavez would be severly impaired and unable to deal with the matter.

### PRAYER

Chavez humbly requests the Court appoint an attorney to represent him in this case.

Respectfully Submitted,

Henry Chavez, Petitioner
Polunsky Unit, TDCJ # 1160900
3872 FM 350 South
Livingston, Texas 77351

VERIFICATION

I, Henry Chavez, TDCJ # 1160900, being presently incarcerated within TDCJ's Polunsky Unit located in Polk County, Texas, declare under penalty of perjury, pursuant to 28 USC § 1746, that the factual allegations and statements made within the VERIFIED MOTION FOR APPOINTMENT OF COUNSEL are true and correct.

Executed on September 22, 2017.

*Henry Chavez, Declarant*

CERTIFICATE OF SERVICE

I, Henry Chavez, certify that a true and correct copy of the above and foregoing document was served on Counsel for Respondent via U.S. Postal Service First Class Mail, postage pre-paid and affixed, addressed to the address of record.

Signed and served on September 22, 2017.

*Henry Chavez*