UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY CHAVEZ, | § | |
| Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-01349 |
| LORIE DAVIS, | § § § | |
| Respondent. | § § | |

### CORRECTED WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  Allen B. Polunsky Unit, 3872 FM 350 South, Livingston, Texas 77351

TO:  United States Marshal, Southern District of Texas or any other duly authorized United States Marshal.

You are hereby **ORDERED** to deliver inmate HENRY CHAVEZ (TDCJ #01160900), into the custody of the United States Marshal for the Southern District of Texas for his appearance before U. S. District Judge Kenneth M. Hoyt, 515 Rusk, Courtroom 11-A, Houston, Texas on **October 16, 2019 at 9:30 a.m.** Said inmate shall remain in the custody of the United States Marshal during hours of Court, until the matter is concluded. At such time, the inmate will be returned to your custody to release HENRY CHAVEZ to the custody of Allen B. Polunsky Unit, 3872 FM 350 South, Livingston, Texas 77351.

It is so ORDERED.

SIGNED on this 3rd day of October, 2019.

_____
Kenneth M. Hoyt
United States District Judge